IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01341-WDM-PAC

JULIE A. REISINGER,

      Plaintiff,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

      Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Defendant's motion to substitute affidavit is granted.

Dated:  January 5, 2006

                                                          /s/ Jane Trexler, Secretary/Deputy Clerk